# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVANA

\*\*\*

AMC PROPERTY HOLDINGS, LLC, *et al.*,

          Plaintiffs,

vs.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al.*,

          Defendants.

2:13-cv-01591-RFB-VCF

**MINUTE ORDER**

      Before the court is *AMC Property Holdings, LLC v. Las Vegas Metropolitan Police Department, et al.*, case no 2:13-cv-01591-RFB-VCF. A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

      IT IS HEREBY ORDERED that the parties must file a discovery plan and scheduling order by October 17, 2014.

      IT IS FURTHER ORDERED that a discovery hearing is scheduled for 3:00 p.m., October 22, 2014, in courtroom 3D. The hearing will be automatically vacated upon the filing of the joint discovery plan and scheduling order.

      Dated this 7th day of October, 2014.

                                      _____
                                      CAM FERENBACH
                                      UNITED STATES MAGISTRATE JUDGE